**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MICHAEL W. FARRIS**                                                **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO: 1:08-cv-00160-SA-JAD**

**DIANNA L. SMITH, individually;**
**UNION CENTRAL INSURANCE COMPANY;**
**MODERN WOODMEN INSURANCE COMPANY;**
**and CADENCE BANK, N.A.**                                 **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the joint *ore tenus* motion of the Plaintiff, Michael W. Farris, and Defendant, Cadence Bank, N.A., the Court is advised that any and all claims of Michael W. Farris against Defendant, Cadence Bank, N.A., in the above styled and numbered cause are hereby voluntarily dismissed with prejudice with each party to bear their own costs.

**SO ORDERED**, this the 14th day of October, 2008

                                                        **/s/ Sharion Aycock**
                                                        **U.S. DISTRICT COURT JUDGE**